

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
**(702) 388-6336**

1 | NICHOLAS A. TRUTANICH
United States Attorney
2 | District of Nevada
Nevada Bar Number 13644
3 | BIANCA R. PUCCI
Assistant United States Attorney
4 | 501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
5 | Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
6 | *Attorneys for the United States of America*



___FILED         ___RECEIVED
___ENTERED       ___SERVED ON
                 COUNSEL/PARTIES OF RECORD

NOV - 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG LAPTOP COMPUTER,<br>BEARING SN: ZYPX93GB100175D<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-819-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SEAGATE HARD DRIVE,<br>BEARING SN: 5PJ9YKP6<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-820-DJA<br><br>**Government's Motion To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>GOOGLE PIXEL 2 CELL PHONE,<br>BEARING IMEI: 357537081279077<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-821-DJA<br><br>**Government's Motion To Unseal Case** |

| | | |
|---|---|---|
| 1 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-822-DJA |
| 2 | COOL PAD CELL PHONE, BEARING IMEI: 861325031435711 | **Government's Motion To Unseal Case** |
| 3 | | |
| 4 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 5 | | |
| 6 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-823-DJA |
| 7 | LG T MOBILE CELL PHONE | **Government's Motion To Unseal Case** |
| 8 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 9 | | |
| 10 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-824-DJA |
| 11 | ASUS NEXUS 7 TABLET | **Government's Motion To Unseal Case** |
| 12 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 13 | | |
| 14 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-825-DJA |
| 15 | LG TABLET, IMSI: 310120057728394 | **Government's Motion To Unseal Case** |
| 16 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 17 | | |
| 18 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-826-DJA |
| 19 | SAMSUNG METRO PCS CELL PHONE | **Government's Motion To Unseal Case** |
| 20 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

| | | |
|---|---|---|
| 1 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-827-DJA |
| 2 | MACBOOK PRO LAPTOP COMPUTER, BEARING SN: WQ0190Z7ATM | **Government's Motion To Unseal Case** |
| 3 | | |
| 4 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 5 | | |
| 6 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-828-DJA |
| 7 | GALAXY S7 CELL PHONE, BEARING IMSI: 310007022950831 | **Government's Motion To Unseal Case** |
| 8 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 9 | | |
| 10 | | |
| 11 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-829-DJA |
| 12 | SAMSUNG SM-T230NU GALAXY TAB 4 TABLET | **Government's Motion To Unseal Case** |
| 13 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 14 | | |
| 15 | | |

**CERTIFICATION: This Motion is timely filed.**

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation

///

///

///

3

of producing the same as discovery in companion cases to this investigation, currently charged in State of Nevada case numbers 19F21822A and 19F21822B.

**DATED** this 1 day of November 2019.

        Respectfully,

        NICHOLAS A. TRUTANICH
        United States Attorney

        */s/ Bianca R. Pucci*
        BIANCA R. PUCCI
        Assistant United States Attorney

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | NICHOLAS A. TRUTANICH<br>United States Attorney<br>District of Nevada<br>Nevada Bar Number 13644<br>BIANCA R. PUCCI<br>Assistant United States Attorney<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, Nevada 89101<br>Phone: (702) 388-6336<br>Bianca.Pucci@usdoj.gov<br>*Attorneys for the United States of America* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG LAPTOP COMPUTER,<br>BEARING SN: ZYPX93GB100175D<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-819-DJA<br><br>**Order To Unseal Case** |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>SEAGATE HARD DRIVE,<br>BEARING SN: 5PJ9YKP6<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-820-DJA<br><br>**Order To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>GOOGLE PIXEL 2 CELL PHONE,<br>BEARING IMEI: 357537081279077<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-821-DJA<br><br>**Order To Unseal Case** |

5

| | | |
|---|---|---|
| 1 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-822-DJA |
| 2 | COOL PAD CELL PHONE, BEARING IMEI: 861325031435711 | **Order To Unseal Case** |
| 3 | | |
| 4 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 5 | | |
| 6 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-823-DJA |
| 7 | LG T MOBILE CELL PHONE | **Order To Unseal Case** |
| 8 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 9 | | |
| 10 | | |
| 11 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-824-DJA |
| 12 | ASUS NEXUS 7 TABLET | **Order To Unseal Case** |
| 13 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 14 | | |
| 15 | | |
| 16 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-825-DJA |
| 17 | LG TABLET, IMSI: 310120057728394 | **Order To Unseal Case** |
| 18 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 19 | | |
| 20 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:19-mj-826-DJA |
| 21 | SAMSUNG METRO PCS CELL PHONE | **Order To Unseal Case** |
| 22 | CURRENTLY LOCATED AT 501 LAS VEGAS BLVD S., SUITE 536, LAS VEGAS, NEVADA | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>MACBOOK PRO LAPTOP COMPUTER,<br>BEARING SN: WQ0190Z7ATM<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-827-DJA<br><br>**Order To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>GALAXY S7 CELL PHONE,<br>BEARING IMSI: 310007022950831<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-828-DJA<br><br>**Order To Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG SM-T230NU<br>GALAXY TAB 4 TABLET<br><br>CURRENTLY LOCATED AT<br>501 LAS VEGAS BLVD S., SUITE 536,<br>LAS VEGAS, NEVADA | Case No. 2:19-mj-829-DJA<br><br>**Order To Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this  4th  day of November 2019.

_____
UNITED STATES MAGISTRATE JUDGE